IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRELL TRISTAN ANDERSON-BEY, )
                                          )
             Plaintiff,      )
                                          )
v.                                      )         1:22CV798
                                          )
SGT. GRAHAM, *et al.*,       )
                                          )
             Defendants.    )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on May 30, 2024, was served on the parties in this action. (ECF Nos. 16, 17.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that moving Defendants' Motion for Summary Judgment, (ECF No. 13), is **GRANTED.**

This, the 26th day of June 2024.

                                                    /s/ Loretta C. Biggs
                                                   United States District Judge